## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CARRIE GRAFFIUS,                    )
                                    )
    Plaintiff,                     ) **CIVIL ACTION FILE NO. 07-1875 HHK**
                                    )
    v.                             )
                                    )
GORDON H. MANSFIELD,                )
ACTING SECRETARY,                   )
DEPARTMENT OF VETERANS              )
AFFAIRS.                            )
                                    )
    Defendant.                     )
_____ )

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

COMES NOW, Bobbie L. Hoye, of the law firm of Melville Johnson, P.C., and requests that this Court enter her appearance as counsel for the Plaintiff, Carrie Graffius, in connection with the above styled action.

Respectfully submitted this 19th day of December, 2007.

                       MELVILLE JOHNSON, P.C.

                        s/ Bobbie L. Hoye
                       Bobbie L. Hoye
                       Georgia Bar No. 143060

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Tel: (404) 524-9111
Fax: (404) 524-6611

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARRIE GRAFFIUS, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE NO. 07-1875 HHK** |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON H. MANSFIELD, | ) | |
| ACTING SECRETARY, | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of

Appearance was served on Defendant via First Class mail, to its counsel of record, and

addressed as follows:

> Gia M. Chemsian, Esq.
> Department of Veterans Affairs
> Office of General Counsel (023)
> 810 Vermont Avenue, N.W.
> Washington, DC 20420

Respectfully submitted this 19th day of December, 2007.

MELVILLE JOHNSON, P.C.

  s/ Bobbie L. Hoye

Bobbie L. Hoye
Georgia Bar No. 143060

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Tel: (404) 524-9111
Fax: (404) 524-6611