UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 07-1875 (HHK) |
| GORDON H. MANSFIELD, ) | |
| ACTING SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | JURY TRIAL REQUESTED |
| AFFAIRS. ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S RESPONSES TO INITIAL DISCLOSURES**

COMES NOW , the Plaintiff, Carrie Graffius, in the above-styled action, by and through her undersigned counsel, and pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure, hereby files her Responses to Initial Disclosures as follows:

**Initial Disclosure (A)**

**Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant in disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

1

### Response to Initial Disclosure (A)

<u>See</u> Attachment "A" to Plaintiff's Responses to Initial Disclosures. Plaintiff reserves the right to supplement this response as needed pursuant to the Federal Rules of Civil Procedure.

### Initial Disclosure (B)

**Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment purposes.**

### Response to Initial Disclosure (B)

Plaintiff will produce all applicable documents pursuant to Rule 34 of the Federal Rules of Civil Procedure. <u>See</u> Attachment "B" to Plaintiff's Responses to Initial Disclosures. Plaintiff reserves the right to supplement this response as needed pursuant to the Federal Rules of Civil Procedure.

### Initial Disclosure (C)

**Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected**

**from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

### Response to Initial Disclosure (C)

Plaintiff will provide a complete computation of damages in this action upon obtaining documentation and calculations necessary for said computation from Defendant. Plaintiff reserves the right to supplement this response as needed pursuant to the Federal Rules of Civil Procedure.

### Initial Disclosure (D)

**Provide for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

### Response to Initial Disclosure (D)

Plaintiff is unaware of Defendant's insurance coverage and of its limits. Plaintiff reserves the right to supplement this response as needed pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted this 13th day of March, 2008.

                        MELVILLE JOHNSON, P.C.

                        <u>s/Bobbie L. Hoye</u>
                        Bobbie L. Hoye
                        DC Bar # 496792

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
404.524.9111 Voice
404.524.6611 Facsimile

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL CASE NO. **07-1875 (HHK)** |
| ) | |
| GORDON H. MANSFIELD, ) | |
| ACTING SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | JURY TRIAL REQUESTED |
| AFFAIRS. ) | |
| ) | |
| Defendant ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 13th day of March, 2008, I electronically filed with the Clerk of Court using the CM/ECF system which will automatically send an electronic mail notification of such filing to the following attorneys of record:

Blanche L. Bruce
Assistant United States Attorney
555 - 4th Street, NW
Washington, DC 20530

5

Respectfully submitted,

MELVILLE JOHNSON, P.C.


_____  s/Bobbie L. Hoye
Bobbie L. Hoye
DC Bar # 496792

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Voice: 404.524.9111

## ATTACHMENT "A"
## WITNESS LIST

(1)   Ms. Carrie Graffius
      RR 1 Box 476
      East Freedom, PA 16637
      (386) 239-2324

Plaintiff can attest to all of the allegations made in her complaint.

(2)   Mr. Graffius
      RR 1 Box 476
      East Freedom, PA 16637
      (386) 239-2324

Husband of the Plaintiff, who can attest to some of the allegations made in her

complaint.


(3)   Mr. William Webb
      Department of Veteran's Affairs.
      Address unknown

Plaintiff's first line supervisor. Mr. Webb can provide testimony related to the

Agency's failure to accommodate Plaintiff, Plaintiff's requests for an

accommodation, and Plaintiff's removal from Federal Service.


(4)   Ms. Pamela Dix
      Department of Veteran's Affairs
      Address unknown

Ms. Dix is an agency employee, who made the determination regarding Plaintiff's

telecommuting accommodation.  Ms. Dix is also expected to testify related to the

Agency's failure to accommodate Plaintiff, Plaintiff's requests for an accommodation, and Plaintiff's removal from Federal Service.

(5)   Ms. Carolyn Gil
      Department of Veteran's Affairs
      Address unknown

Ms. Gil is an agency employee, who is expected to testify related to the Agency's failure to accommodate Plaintiff, Plaintiff's requests for an accommodation, and Plaintiff's removal from Federal Service.

(6)   Ms. Crystal Wiggins
      Department of Veteran's Affairs
      Address unknown

Ms. Wiggins is an agency employee, who is expected to testify related to the Agency's failure to accommodate Plaintiff, Plaintiff's requests for an accommodation, and Plaintiff's removal from Federal Service.

(7)   Mr. Bruce Gentile
      Department of Veteran's Affairs
      Address unknown

Mr. Gentile is an agency employee, who is expected to testify about the Agency's failure to have accessible building facility's.

(8)   Ms. Carolyn Kasterko
      Department of Veteran's Affairs.
      Address unknown

Ms. Kasterko is an Agency employee, who is expected to testify related to the

Agency's failure to accommodate Plaintiff, Plaintiff's requests for an accommodation, and Plaintiff's removal from Federal Service.

ATTACHMENT "B"

DOCUMENT LIST AND DESCRIPTION TO
PLAINTIFF'S INITIAL DISCLOSURES

The following are documents in Plaintiff's possession, custody or control that may be relevant to the proceedings:

1) Electronic mail chain from Plaintiff to Ms. Carol Walper, which was forwarded to Mr. William Webb, dated November 6, 2001

2) Electronic mail chain from Plaintiff to Ms. Walper, which was forwarded to Mr. Webb, Ms. Pamela Dix and Mr. Mike Bowen, dated November 15, 2001

3) Electronic mail chain from Plaintiff to Ms. Walper, which was forwarded to Mr. Webb, Ms. Pamela Dix, Ms. Lafayette Williams and Mr. Mike Bowen, dated November 28, 2001

4) Electronic mail chain from Plaintiff to Mr. Webb, dated December 5, 2001

5) Electronic mail chain from Plaintiff to Mr. Webb, dated February 6, 2002

6) Electronic mail chain from Ms. Carolyn Kasterko to Mr. Webb, dated February 6, 2002

7) Electronic mail message from Plaintiff to Mr. Webb, dated March 1, 2002

8) Electronic mail message from Plaintiff to Mr. Webb, Ms. Dix, Ms. Walper and Mr. Bowen, dated March 3, 2002

9) Electronic mail message from Plaintiff to Mr. Webb, Ms. Dix, Ms. Walper and Mr. Bowen, dated March 21, 2002

10) Electronic mail message from Plaintiff to Mr. Webb, Ms. Dix, Ms. Walper and Mr. Bowen, dated April 19, 2002

11) Electronic mail message from Mr. Webb to Plaintiff, dated April 29, 2002

12) Electronic mail message from Plaintiff to Mr. Webb, dated May 5, 2002

13) Electronic mail message from Plaintiff to Mr. Webb, dated May 17, 2002

14) Electronic mail message from Plaintiff to Ms. Dix, Ms. Walper and Mr. Webb, dated May 30, 2002

15) Electronic mail message from Plaintiff to Mr. Webb, dated June 9, 2002

16) Electronic mail message from Plaintiff to Mr. Webb dated June 10, 2002

17) Electronic mail message from Plaintiff to Ms. Dix and Ms. Kasterko, dated June 14, 2002

18) Electronic mail message from Plaintiff to Mr. Webb, dated June 14, 2002

19) Electronic mail message from Plaintiff to Mr. Webb, Ms. Walper and Ms. Dix, dated August 8, 2002

20) Electronic mail chain from Plaintiff to Ms. Walper, which was forwarded to Mr. Webb, dated August 15, 2002

21) Electrinic mail message from Plaintiff to Ms. Walper and Mr. Webb, dated August 23, 2002

22) Electronic mail message from Plaintiff to Mr. Webb and Ms. Walper, dated October 8, 2002

23) Electronic mail message from Plaintiff to Mr. Webb, dated November 11, 2002

24) Electronic mail message from Plaintiff to Mr. Webb and Ms. Walper, dated December 11, 2002

25) Electronic mail message from Plaintiff to Ms. Walper, which was forwarded to Mr. Webb, dated December 30, 2002

26) Electronic mail message from Plaintiff to Mr. Webb, dated December 31, 2002

27) Electronic mail chain from Plaintiff to Mr. Webb, Ms. Dix and Ms. Kasterko,

    dated May 29, 2003

28)     Electronic mail chain from Plaintiff to Mr. Webb, dated June 6, 2003

29)     Electronic mail chain from Ms. Kasterko to Ms. Dix and Mr. Webb, dated June 6, 2003

30)     Electronic mail message from Mr. Webb to Ms. Dix, dated June 6, 2003

31)     Electronic mail message from Mr. Webb to Plaintiff, dated October 14, 2003

32)     Electronic mail message from Mr. Webb to Plaintiff dated December 15, 2003

33)     Electronic mail message from Mr. Webb to Plaintiff, Ms. Dix and Ms. Kasterko, dated August 20, 2004

34)     Electronic mail message from Mr. Webb to Ms. Kasterko, dated August 24, 2004

35)     Electronic mail message from Mr. Webb to Plaintiff, Ms. Kasterko, Ms. Dix and Ms. Crystal Wiggins, dated September 3, 2004

36)     Electronic mail message from Plaintiff to Mr. Webb and Ms. Dix, dated December 5, 2004

37)     Electronic mail chain from Ms. Kasterko to Mr. Webb and Ms. Dix, dated January 12, 2005

38)     Electronic mail chain from Ms. Roxanne Fuhrman to Ms. Kasterko, dated September 1, 2005

39)     Correspondence from Mr. Webb to Plaintiff, dated March 23, 2005

40)     Correspondence from Mr. Webb to Plaintiff, dated April 28, 2004

41)     Correspondence from Mr. Webb to Plaintiff, dated December 6, 2004

42) Memorandum of Notes concerning contact with Plaintiff, by Ms. Kasterko, dated February 7, 2005

43) Memorandum of Notes with attached Chronological History of Events

44) Plaintiff's Notice of Change in Health Benefits Enrollment, dated October 5, 2006

45) Decision Memo, from Ms. Dix to Plaintiff, dated October 24, 2005

46) Proposed Removal Memo from Mr. Webb to Plaintiff, dated April 21, 2005

47) Correspondence from Mr. William Webb to Plaintiff, dated January 24, 2005

48) Plaintiff's Smart Trip Transactions for September to October, 2001 and June to October, 2003

49) Medical note from Dr. Jennifer Holst concerning Plaintiff, dated September 27, 2006

50) Certification of Healthcare Provider form, dated August 20, 2004

51) Plaintiff's Radiology Report, dated June 2, 2006

52) Plaintiff's Prescription Drug Report, dated December 3, 2006

53) Capital Blue Cross denial of benefits letter, dated November 22, 2006

54) Capital Blue Cross denial of benefits letter, dated November 28, 2006

55) Medical note from Dr. Andrew Gurman concerning Plaintiff, dated October 31, 2005

56) DEXA Scan medical report, dated October 27, 2004

57) Same Day Surgery Unit Home Care Instructions for plaintiff, dated November 19, 2004

58) Electromyographic examination report, with attachment by Dr. Robert Rundorff, dated August 23, 2004

59) MRI report from Dr. Anthony Scuderi, dated August 23, 2004

60) Plaintiff's Discharge Instructions from Centre Community Hospital, date unknown

61) Information sheet concerning diabetes

62) Collection Voucher from Department of Veterans Affairs Financial Service Center to Plaintiff, dated November 29, 2005

63) Plaintiff's Earnings and Leave Statement for pay period 5-14

64) Plaintiff's 2005 wage and tax statement

65) Summary chart of Plaintiff's Leave usage

66) Report of Plaintiff's Leave Used for April 29, 2004 to April 16, 2005

67) All documents submitted by Respondent/Agency with its Prehearing Submissions, dated January 17, 2007

68) All documents submitted by Respondent/Agency in response to Complainant's First Request for Production of Documents and Interrogatories, dated June 16, 2006

69) All documents included in Respondent/Agency Report of Investigation

70) All documents submitted by Complainant in response to Respondent/Agency First Set of Interrogatories, Requests for Admissions and Request for Documents