## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARRIE GRAFFIUS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1875 (HHK) |
| | ) |
| **JAMES PEAKE, M.D., Secretary,** | ) |
| **Department of Veterans Affairs** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Christian A. Natiello, Assistant United States Attorney, and remove the appearance of Blanche Bruce, Assistant United States attorney, as counsel for Defendant.

Respectfully submitted,

   /s/
Christian A. Natiello, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov