UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 07-1875 (HHK) |
| GORDON H. MANSFIELD, ) | |
| ACTING SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | JURY TRIAL REQUESTED |
| AFFAIRS. ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S MOTION REQUESTING PERMISSION TO APPEAR VIA TELEPHONE FOR INITIAL SCHEDULING CONFERENCE**

COMES NOW , the Plaintiff, Carrie Graffius, in the above-styled action, by and through her undersigned counsel, Melville Johnson, P.C. and hereby files this Motion Requesting Permission to Appear via Telephone for Initial Scheduling Conference:

On March 17, 2008, the Honorable Henry Kennedy, issued an order setting the Initial Scheduling Conference for April 18, 2008.  Plaintiff's Counsel is located in Atlanta, Georgia.  In an effort to keep Plaintiff's costs down, Plaintiff's Counsel respectfully requests permission to appear at the Initial Scheduling Conference via telephone.  Plaintiff's Counsel contacted Defendant's Counsel to inquire as to their

position concerning this request. Defendant's Counsel advised that they did not have any objection, and consented to our request to appear via telephone for the Initial Scheduling Conference. Therefore, Plaintiff's Counsel respectfully requests that this Motion requesting permission to appear via telephone for the Initial Scheduling Conference be Granted.

    Respectfully submitted this 25th day of March, 2008.

MELVILLE JOHNSON, P.C.

s/Bobbie L. Hoye
Bobbie L. Hoye
DC Bar # 496792

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
404.524.9111 Voice
404.524.6611 Facsimile

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL CASE NO. **07-1875 (HHK)** |
| ) | |
| GORDON H. MANSFIELD, ) | |
| ACTING SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | JURY TRIAL REQUESTED |
| AFFAIRS. ) | |
| ) | |
| Defendant ) | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 25th day of March, 2008, I electronically filed with the Clerk of Court using the CM/ECF system which will automatically send an electronic mail notification of such filing to the following attorney of record:

Christian A. Natiello
Assistant United States Attorney
555 - 4th Street, NW
Room E4112
Washington, DC 20530

Respectfully submitted,

                                                MELVILLE JOHNSON, P.C.

                                                s/Bobbie L. Hoye
_____Bobbie L. Hoye
                                                DC Bar # 496792

44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Voice: 404.524.9111