UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JAMES PEAKE, M.D., )<br>SECRETARY, )<br>DEPARTMENT OF VETERANS )<br>AFFAIRS. )<br>)<br>    Defendant. )<br>_____ ) | CIVIL ACTION FILE NO. 07-1875 HHK |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of April, 2008, I served the foregoing Plaintiff's

First Set of Interrogatories, by causing a copy of same to be faxed and placed in the United States

Mail with adequate postage to ensure first-class delivery to the following:

Christian A. Natiello
Assistant United States Attorney
555 - 4th Street, NW
Room E4112
Washington, DC 20530

                                                **MELVILLE JOHNSON, P.C.**

                                                s/Bobbie L. Hoye
                                                Bobbie L. Hoye
                                                DC Bar No. 496792

44 Broad Street, N.W.
Suite 222
Atlanta, Georgia 30303
Voice: 404.524.9111
Facsimile: 404.524.6611