# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CARRIE GRAFFIUS,                    )
                                    )
            Plaintiff,              )        CIVIL ACTION FILE NO. 07-1875 HHK
                                    )
      v.                            )
                                    )
JAMES PEAKE, M.D.,                  )
SECRETARY,                          )
DEPARTMENT OF VETERANS              )
AFFAIRS.                            )
                                    )
            Defendant.              )
_____     )

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of April, 2008, I served the foregoing Plaintiff's

First Requests for Production of Documents, by causing a copy of same to be faxed and placed in

the United States Mail with adequate postage to ensure first-class delivery to the following:


    Christian A. Natiello
    Assistant United States Attorney
    555 - 4th Street, NW
    Room E4112
    Washington, DC 20530

                                **MELVILLE JOHNSON, P.C.**

                                s/Bobbie L. Hoye
                                Bobbie L. Hoye
                                DC Bar No. 496792

44 Broad Street, N.W.
Suite 222
Atlanta, Georgia 30303
Voice: 404.524.9111
Facsimile: 404.524.6611