UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, </br></br>    Plaintiff, </br></br> v. </br></br> JAMES PEAKE, M.D., </br>SECRETARY, </br>DEPARTMENT OF VETERANS </br>AFFAIRS. </br></br>    Defendant. | ) </br>) </br>)   CIVIL ACTION FILE NO. 07-1875 HHK </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of April, 2008, I served the foregoing Plaintiff's Requests For Admissions, by causing a copy of same to be faxed and placed in the United States Mail with adequate postage to ensure first-class delivery to the following:

   Christian A. Natiello
   Assistant United States Attorney
   555 - 4th Street, NW
   Room E4112
   Washington, DC 20530

                                        **MELVILLE JOHNSON, P.C.**

                                        <u>s/Bobbie L. Hoye</u>
                                        Bobbie L. Hoye
                                        DC Bar No. 496792

44 Broad Street, N.W.
Suite 222
Atlanta, Georgia 30303
Voice: 404.524.9111
Facsimile: 404.524.6611