# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL CASE NO. **07-1875 (HHK)** |
| ) | |
| JAMES PEAKE, M.D., ) | |
| SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS. ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

## PLAINTIFF'S NOTICE OF DEPOSITION OF
## CAROLYN KASTERMANN (GILL)

To:  Ms. Carolyn Kastermann (Gill)
     c/o Christian A. Natiello
     Assistant United States Attorney
     555 - 4th Street, NW
     Room E4112
     Washington, DC 20530

COMES NOW the Plaintiff, Carrie Graffius, by and through her counsel of record, Melville Johnson, P.C., and, pursuant to Federal Rules of Civil Procedure 26 and 30, gives notice to Defendant, Department of Veterans Affairs (hereinafter "Agency"), that she is, by this document, noticing Ms. Carolyn Kastermann (Gill), for

deposition upon oral questioning via telephonically, on June 5, 2008, at 10:00 a.m.

The deposition will be taken before a notary public or some other official authorized to administer oaths and authorized by law to take and transcribe said deposition, and will continue from day to day as required until concluded. This deposition is being taken for the purpose of discovery, for use at trial or for other such purposes as are permitted under the applicable statutes or rules of court.

Respectfully submitted this 29th day of May, 2008.

MELVILLE JOHNSON, P.C.

s/Bobbie L. Hoye
Bobbie L. Hoye
DC Bar # 496792

MELVILLE JOHNSON, P.C.
44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Voice 404.524.9111
Facsimile 404.524.6611

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE GRAFFIUS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL CASE NO. **07-1875 (HHK)** |
| ) | |
| JAMES PEAKE, M.D., ) | |
| SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS. ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

## DISCOVERY CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2008, I electronically filed with the Clerk of Court using the CM/ECF system which will automatically send an email notification of such filing to the following attorneys of record:

Christian A. Natiello
Assistant United States Attorney
555 - 4th Street, NW
Room E4112
Washington, DC 20530
Christian.Natiello@usdoj.gov

This 29th day of May, 2008.

                                      MELVILLE JOHNSON, P.C.

                                      s/Bobbie L. Hoye
                                      Bobbie L. Hoye
                                      DC Bar # 496792

MELVILLE JOHNSON, P.C.
44 Broad Street, N.W.
Suite 222, The Grant Building
Atlanta, Georgia 30303
Voice 404.524.9111
Facsimile 404.524.6611